473 A.2d 693

Commonwealth v. Lee, Jr., Appellant.

Submitted February 3, 1984. Glenn D. Welsh, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.

481 A.2d 360

Commonwealth v. Lucas, Appellant.

Reargument Denied June 5, 1984.

Argued June 2, 1983. Jules J. Mermelstein, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee; Paul J. Gelman, for participating party.

Before ROWLEY, WIEAND and BECK, JJ.

The order of November 4, 1981 is affirmed.